1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE SLOVER, | Case No.  1:13-cv-01986-AWI-SKO |
| Plaintiff, | **ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT TO JANUARY 17, 2014** |
| v. | |
| BALBOA THRIFT AND LOAN ASSOCIATION, | (Docket No. 5) |
| Defendant. | |
| _____/ | |

On December 20, 2013, the parties filed a "Stipulation to Extend Time to Respond to Initial Complaint," requesting that the Court extend the current deadline for Defendant Balboa Thrift and Loan Association ("Defendant") to respond to the complaint from January 3, 2014, to January 17, 2014.  (Doc. 5.)  The parties' request is GRANTED.

Accordingly, IT IS HEREBY ORDERED that Defendant shall have an extension of time to January 17, 2013, to file its responsive pleading to the complaint.

IT IS SO ORDERED.

Dated:   **January 2, 2014**                      **/s/ Sheila K. Oberto**
                                      UNITED STATES MAGISTRATE JUDGE