# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE SLOVER, | Case No.  1:13-cv-01986-AWI-SKO |
| Plaintiff, | **ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT TO FEBRUARY 16, 2014** |
| v. | |
| BALBOA THRIFT AND LOAN ASSOCIATION, | (Docket No. 7) |
| Defendant. | |
| _____/ | |

On January 17, 2014, the parties filed a "Stipulation to Extend Time to Respond to Initial Complaint," requesting that the Court extend, for a second time, the current deadline for Defendant Balboa Thrift and Loan Association ("Defendant") to respond to the complaint from January 17, 2014, to February 16, 2014, to allow the parties to continue to engage in settlement discussions.   (Doc. 7.)  The parties' request is GRANTED.

Accordingly, pursuant to the stipulated request of the parties, IT IS HEREBY ORDERED that Defendant shall have an extension of time to February 16, 2014, to file its responsive pleading to the complaint.

IT IS SO ORDERED.

Dated:   __**January 21, 2014**__                           _____ **/s/ Sheila K. Oberto**
                                                                             UNITED STATES MAGISTRATE JUDGE