Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
LESLIE SLOVER

**FILED**

FEB 27 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## BAKERSFIELD DIVISION

| | |
|---|---|
| LESLIE SLOVER, | Case No.: 1:13-cv-01986-AWI-SKO |
| Plaintiffs, | |
| v. | **VOLUNTARY DISMISSAL** |
| BALBOA THRIFT AND LOAN ASSOCIATION, | |
| Defendant. | |

### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, LESLIE SLOVER, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case without prejudice.

Dated: February 25, 2014                KROHN & MOSS, LTD.

By:/s/ Ryan Lee, Esq.
Ryan Lee, Esq.
Attorney for Plaintiff

It is so Ordered, Dated: 2-27-14

_____
United States District Judge

- 1 -

VOLUNTARY DISMISSAL